AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1    Revised by WAED - 02/11

# UNITED STATES DISTRICT COURT
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 02, 2021**

SEAN F. McAVOY, CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For a Petty Offense) — Short Form |
| CHRISTOPHER MORAN | Case No. 1:19-PO-08126-MKD |
| | USM No. |
| | Craig Webster |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  2, charged on Citation 9171402

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| R.C.W. 46.20.342 and 18 U.S.C. § 7(3) & 13 | Driving While License Suspended or Revoked in the Third Degree | 05/25/2019 | 2 |

☑ Count(s)  1, charged in Amended Information-48  ☑ is  ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment/Processing Fee | Fine |
|---|---|---|
| **Total:** | $ 40.00 | $ 60.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  9517

Defendant's Year of Birth:  1987

City and State of Defendant's Residence:
Yakima, Washington

03/02/2021
Date of Imposition of Judgment

*M. K. Dimke*
Signature of Judge

Hon. Mary K. Dimke         Magistrate Judge, U.S. District Court
Name and Title of Judge

03/02/2021
Date